IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ISAIAH D. JORDAN,

    Plaintiff,

v.

SARA COOPER, et al.,

    Defendants.

ORDER

22-cv-692-jdp

Plaintiff Isaiah D. Jordan has filed a notice of appeal from an order entered on July 24, 2024. Plaintiff also filed a motion to proceed without prepaying the appellate docketing fee, but plaintiff has not submitted a certified trust fund account statement for the six-month period preceding the appeal as required by the *in forma pauperis* statute, 28 U.S.C. § 1915(a)(2). Accordingly, the court cannot consider the motion at this time.

ORDER

IT IS ORDERED that plaintiff Isaiah D. Jordan may have until August 27, 2024 to pay the $605[1] appellate docketing fee or submit a certified trust fund account statement for the six-month period preceding the appeal. Failure to meet this deadline may result in dismissal of the appeal.

Entered this 6th day of August, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge

---

[1] Effective December 1, 2023, the fee for filing an appeal is $605.